**United States District Court for the Southern District of Iowa**

Presiding: Honorable Helen C. Adams, U.S. Magistrate Judge

Criminal No. 4:25-cr-00121-SMR-HCA-2          :                              Clerk's Court Minutes – Plea

| | | |
|---|---|---|
| United States of America | : | Gov. Atty(s): Joseph Lubben |
| vs. | : | Def. Atty(s): Andrew Graeve |
| | : | Court Reporter: Tonya Gerke |
| Kenneth Donald Stockman | : | Interpreter: N/A |

Date: January 12, 2026          :          Indictment ✔ Superseding Indictment     Information

Time Start: 3:14 p.m.          :          In  3  Count(s) – Code Violation:

Time End: 3:47 p.m.          :          Ct 1s - 21:841(a)(1), 841(b)(1)(A), 846 Conspiracy to
Distribute a Controlled Substance

Certified/Language Skilled interpreter sworn

✔ Consent to magistrate accepted

✔ Defendant sworn

✔ Defendant advised of potential perjury charges

✔ Plea agreement filed/to be filed

  ✔ Defendant understands

  ✔ Defendant agrees

  There is no plea agreement to file

✔ Defendant advised of nature of charges

✔ Defendant advised of elements

✔ Defendant satisfied with attorney

✔ Defendant advised of penalties

  ✔ Maximum fine/incarceration

  ✔ Mandatory minimum fine/incarceration

  Forfeiture/restitution

  ✔ Supervised release

    ✔ Maximum

    ✔ Mandatory minimum

  ✔ Mandatory Special Assessment

✔ No promises made regarding sentence

✔ Defendant advised of sentencing guidelines

✔ Defendant waives rights to jury trial

✔ Defendant advised of right to persist in not guilty plea

Defendant plea of guilty to Count(s): 1s

Court findings:

✔ Factual basis ✔ Voluntariness ✔ Competency to Plea

✔ Court will file a Report and Recommendation that the defendant's plea be accepted as of the date of this hearing

✔ Counsel informed they have 14 days to file any objection to Report and Recommendation

Court accepts plea

Court rejects plea

Offense Conduct Statement due: To be set by further order

PSR to be disclosed to counsel: To be set by further order

Objections to PSR due: To be set by further order

Applicability of advisory guideline

to the Court due: 10 days before sentencing

Sentencing date: May 11, 2026 at 9:15 a.m.

Before: The Honorable Stephanie M. Rose

In: Des Moines Courthouse     Rm: 510

Custody status:

✔ Detention

Bond

Additional Information:

/s/K. Platt

Deputy Clerk