IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. 4:25-cr-00121-SMR-HCA |
| Plaintiff, ) | |
| ) | ORDER ACCEPTING |
| vs. ) | MAGISTRATE JUDGE'S REPORT |
| ) | AND RECOMMENDATION |
| ) | REGARDING DEFENDANT'S |
| KENNETH DONALD STOCKMAN, ) | GUILTY PLEA |
| ) | |
| Defendant. ) | |

## I.  INTRODUCTION AND BACKGROUND

On October 16, 2025, a Superseding Indictment was returned against Defendant Kenneth Donald Stockman, charging him in Count 1 with conspiracy to distribute 50 grams or more of methamphetamine and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.  Counts 7 and 8 charged the Defendant with distribution of a mixture and substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

On January 12, 2026, Defendant appeared before United States Magistrate Judge Helen C. Adams, and entered a plea of guilty to Count 1 of the Superseding Indictment.  On this same date, Judge Adams filed a Report and Recommendation in which she recommends that Defendant's guilty plea be accepted.  No objections to Judge Adams's Report and Recommendation were filed.  The Court, therefore, undertakes the necessary review of Judge Adams's recommendation to accept Defendant's plea in this case.

## II. ANALYSIS

Pursuant to statute, this Court's standard of review for a magistrate judge's Report and Recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge.

28 U.S.C. § 636(b)(1). In this case, no objections have been filed, and it appears to the Court upon review of Judge Adams's findings and conclusions, that there is no ground to reject or modify them. Therefore, the Court **accepts** Judge Adams's Report and Recommendation of January 12, 2026 [ECF No. 256], and accepts Defendant's plea of guilty in this case to Count 1 of the Superseding Indictment.

**IT IS SO ORDERED.**

Dated this 26th day of January, 2026.

_____
STEPHANIE M. ROSE, Chief Judge
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA