Honorable Stephanie Rose
US District Court
Southern District Iowa
111 Locust St.
Des Moines, IA 50309

RECEIVED

APR 2 8 2026

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

April 24, 2026

Most Honorable Stephanie Rose,

My name is Loren Tjernagel and I'm writing in reference to Kenneth Donald Stockman who is an inmate at the Story County Jail. I have been involved in the jail ministry of the Gideons for many years.

My co-worker and myself were so impressed with the character and Christian attitude that Kenneth shows us in our visits. He has been so dedicated to our Bible studies and continues to show us that he is walking through life in a healthier way.

Kenneth informed us that he is interested in joining the Harvest Association program. We would like to highly recommend him for this program. If anyone would like to talk tom personally about Kenneth and his character, you can reach me at 515-231-6700.

Thank you for taking this matter into consideration.

Sincerely,

Loren Tjernagel

Loren Tjernagel
40 Year Member of the Gideons

Loren Tjernagel
120 S. Park St.
Roland, IA 50236



25 APR 2026  PM 2  L

UNITED STATES
OF AMERICA

FOREVER/USA

**RECEIVED**

APR 28 2026

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

"X-RAYED & CLEARED BY U.S.M.S.

Honorable Stephanie Rose
U.S. District Court
Southern District Iowa
111 Locust St.
Des Moines  IA    50309